# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| RAND Corporation | ) ASBCA Nos. 60642, 60643 |
| | ) |
| Under Contract Nos. W74V8H-06-C-0002 | ) |
| W74V8H-06-C-0001 | ) |
| FA7014-06-C-0001 | ) |

APPEARANCE FOR THE APPELLANT:     Paul E. Pompeo, Esq.
                                  Arnold & Porter Kaye Scholer LLP
                                  Washington, DC

APPEARANCES FOR THE GOVERNMENT:   E. Michael Chiaparas, Esq.
                                  DCMA Chief Trial Attorney
                                  Srikanti Schaffner, Esq.
                                  Trial Attorney
                                  Defense Contract Management Agency
                                  Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 5 September 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60642, 60643, Appeals of RAND Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals